```
           IN THE UNITED STATES DISTRICT COURT
        FOR THE WESTERN DISTRICT OF PENNSYLVANIA

HARVEY C. ROUPE, JR.,            )
                                 )
     Plaintiff,                  )
                                 )
        v.                       ) Civil Action No. 05-0949
                                 ) Judge Cercone
                                 ) Magistrate Judge Caiazza
COUNTY OF WESTMORELAND, et al.,  ) In Re: Doc. 13
                                 )
     Defendant.                  )
```

## O R D E R

AND NOW, this 13th day of September, 2005;

Defendant William Nicholson, incorrectly identified as Medical Supervisor for Cornell Corrections, having filed a Motion to Dismiss, (Doc. 13), and brief in support thereof;

IT IS HEREBY ORDERED that the Plaintiff shall be allowed until October 13, 2005, to respond to the Motion.


September 13, 2005          s/Francis X. Caiazza
                            Francis X. Caiazza
                            U.S. Magistrate Judge


cc:
Samuel S. Pangburn, Esq.
30 East Beau Street
Suite 605
Washington, PA 15301

Thomas P. Pellis, Esq.
Meyer, Darragh, Buckler, Bebenek & Eck
114 South Main Street
Greensburg, PA 15601

Peter J. Ennis, Esq.
Klett, Rooney, Lieber & Schorling
One Oxford Centre
40th Floor
Pittsburgh, PA 15219

Joseph S.D. Christof, II
Dickie, McCamey & Chilcote
Two PPG Place
Suite 400
Pittsburgh, PA 15222-5402