## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

HARVEY C. ROUPE, JR.,                    )
                                         )
       Plaintiff,                    )
                                         )       **2:05cv949**
      v.                            )       **Electronic Filing**
                                         )
**COUNTY OF WESTMORELAND,**              )       Judge Cercone
**WESTMORELAND COUNTY**                  )       Magistrate Judge Caiazza
**PRISON, a subdivision of the County**  )
**of Westmoreland, MICHAEL**             )
**MILLWARD, Former Warden of**           )
**Westmoreland County Prison,**          )
**CORNELL CORRECTIONS, INC.,**           )
**and WILLIAM NICHOLSON,**               )
**Medical Supervisor for Cornell**       )
**Corrections, Inc.,**                   )
                                         )
       Defendants.                   )

## MEMORANDUM ORDER

The Plaintiff's complaint was received by the Clerk of Court on July 11, 2005, and was referred to United States Magistrate Judge Francis X. Caiazza for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation filed on January 25, 2006, (Document No. 28) recommended that the Defendants' Motions to Dismiss (Document Nos. 6, 9, and 13) be denied.

The parties were allowed ten days from the date of service to file objections. No objections have been filed. After review of the pleadings and documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this **23** day of February, 2006,

IT IS HEREBY ORDERED that the Defendants' Motions to Dismiss (Document Nos. 6, 9, and 13) are DENIED.

The Report and Recommendation of Magistrate Judge Caiazza dated January 25, 2006, is adopted as the opinion of the court.

David Stewart Cercone
United States District Judge

cc:    Honorable Francis X. Caiazza
United States Magistrate Judge

Samuel S. Pangburn, Esquire
30 East Beau Street
Suite 605
Washington, PA 15301

Thomas P. Pellis, Esquire
Meyer Darragh Buckler Bebenek & Eck
114 South Main Street
Greensburg, PA 15601

Peter J. Ennis, Esquire
Susan M. Overton, Esquire
Klett Rooney Lieber & Schorling
40th Floor, One Oxford Centre
Pittsburgh, PA 15219

Joseph S.D. Christof, II, Esquire
Paul W. Roman, Esquire
Dickie McCamey & Chilcote
Two PPG Place
Suite 400
Pittsburgh, PA   15222